```
CLYDE M. BLACKMON (SBN 36280)
Rothschild Wishek & Sands LLP
901 F Street, Suite 200
Sacramento, CA  95814
Telephone: (916) 444-9845

Attorneys for Defendant
RICHARD REYNOLDS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br>RICHARD REYNOLDS,<br><br>    Defendant. | Case No.: 2:12-cr-00198-MCE<br><br>WAIVER OF PERSONAL APPEARANCE |
|---|---|

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

///

///

- 1 -

WAIVER OF PERSONAL APPEARANCE

1  ///

2      Defendant hereby requests the Court to proceed during every
3 absence of his which the Court may permit pursuant to this
4 waiver; agrees that his interests will be deemed represented at
5 all time by the presence of his attorney, the same as if
6 defendant were personally present; and further agrees to be
7 present in person in court ready for trial on any day which the
8 Court may fix in his absence.

DATED:  May 30, 2012                //s// Richard Reynolds__
                                    RICHARD REYNOLDS

APPROVED:

//s// Clyde M. Blackmon
CLYDE M. BLACKMON
Attorney for Defendant

RICHARD REYNOLDS


    IT IS SO ORDERED.

Dated:  June 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -

WAIVER OF PERSONAL APPEARANCE