CLYDE M. BLACKMON (SBN 36280)
Rothschild Wishek & Sands LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
cblackmon@rwslaw.com

Attorneys for Defendant
RICHARD REYNOLDS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-00198-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING |
| vs. | |
| RICHARD REYNOLDS, | Date: January 28, 2016<br>Time: 9:00 a.m. |
| Defendant. | Judge: Morrison C. England, Jr. |

The United States of America, through its counsel Assistant U.S. Attorney Roger Yang, and Richard Reynolds, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:00 a.m. on January 28, 2016, may be continued to 9:00 a.m. on February 11, 2016 for purposes of a change of plea hearing.

The parties further stipulate that the time from the currently set status conference on January 28, 2016, through February 11, 2016, the requested date for the change of plea hearing, should be excluded from computation of the time period in which trial should commence under the Speedy Trial Act.  The

1  parties agree that, taking into account the exercise of due
2  diligence, the ends of justice would be served by the Court
3  excluding that time period from computation because of the need
4  for defense counsel to have reasonable time for effective
5  preparation.  18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).
6       For these reasons, Mr. Reynolds, his counsel and the
7  government stipulate that the ends of justice served by granting
8  the requested continuance of the status conference outweigh the
9  best interests of the public and Mr. Reynolds in a speedy trial.

DATED:    January 27, 2016     By: //s// Clyde M. Blackmon for
                                   Roger Yang,
                                   Assistant U.S. Attorney


                                ROTHSCHILD WISHEK & SANDS LLP
DATED:    January 27, 2016     By:  //s// Clyde M. Blackmon
                                    CLYDE M. BLACKMON
                                    Attorneys for Defendant
                                    Richard Reynolds

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING

1 **ORDER**

2     IT IS ORDERED that the status conference currently set for
3 January 28, 2016, at 9:00 a.m. is continued to February 11,
4 2016, at 9:00 a.m. for purposes of a change of plea hearing.
5 For the reasons stipulated by the parties, good cause exists
6 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is excluded
7 under the Speedy Trial Act through February 11, 2016.  For the
8 reason set forth in the stipulation of the parties, the ends of
9 justice served by granting this continuance outweigh the best
10 interests of the public and Mr. Reynolds in a speedy trial.  18
11 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

12     IT IS SO ORDERED.
13 Dated:  February 2, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING