CLYDE M. BLACKMON (SBN 36280)
Rothschild Wishek & Sands LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
cblackmon@rwslaw.com

Attorneys for Defendant
RICHARD REYNOLDS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-00198-MCE |
|---|---|
| Plaintiff, | REQUEST TO EXONERATE BAIL |
| vs. | |
| RICHARD REYNOLDS, | |
| Defendant. | |

On May 21, 2012, Richard Reynolds posted a co-signed unsecured appearance bond in the amount of $50,000 to secure his release from custody in this matter.  On May 5, 2016, Mr. Reynolds appeared before the Court for sentencing and was sentenced to a one year period of probation with conditions that he serve six months of home detention and pay a fine of $1,000.
///
///
///
///
///
///

1  In light of the fact that his case is now concluded, Mr.
2  Reynolds, through his counsel Clyde M. Blackmon, requests the
3  Court to exonerate his bail.

4                                   Respectfully submitted,

5                                   ROTHSCHILD WISHEK & SANDS LLP
   DATED:    May 9, 2016           By:  //s// Clyde M. Blackmon
6                                        CLYDE M. BLACKMON
                                         Attorneys for Defendant
7                                        Richard Reynolds

8

9                                **ORDER**

10      Good cause appearing it is ordered that bail in this matter
11  is exonerated.
12      IT IS SO ORDERED.
13  Dated:  May 13, 2016

15                                  _____
                                    MORRISON C. ENGLAND, JR
16                                  UNITED STATES DISTRICT JUDGE