CLYDE M. BLACKMON (SBN 36280)
Rothschild Wishek & Sands LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
cblackmon@rwslaw.com

Attorneys for Defendant
RICHARD REYNOLDS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00198-24 MCE |
|---|---|
| Plaintiff, | REQUEST FOR ORDER RETURNING PASSPORT TO DEFENDANT AND ORDER |
| vs. | |
| RICHARD REYNOLDS, | |
| Defendant. | |

Richard Reynolds appeared before the Court on May 5, 2016, and was sentenced to a year of probation with a condition that he serve six months on home detention.  The case against Mr. Reynolds commenced on May 21, 2012, when he was arraigned before Magistrate Judge Newman and released on an unsecured bond subject to supervision by the Pretrial Services Agency.  One of the conditions of his pretrial release required him to surrender his passport to the Clerk of the Court.  Mr. Reynolds complied with that condition and surrendered the passport.

Because the case against him is now concluded, he requests, through his counsel Clyde M. Blackmon, that the Court issue an

1  order directing the Clerk to return his passport to him.

2                                    ROTHSCHILD WISHEK & SANDS LLP
   DATED: May 17, 2016               By: _//s// Clyde M. Blackmon___
3                                         CLYDE M. BLACKMON
                                          Attorneys for Defendant
4                                         Richard Reynolds

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

GOOD CAUSE APPEARING the Clerk of the Court is directed to return to Richard Reynolds his passport which was heretofore surrendered pursuant to the order of Magistrate Judge Newman.

IT IS SO ORDERED.

Dated: May 19, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

REQUEST FOR ORDER RETURNING PASSPORT TO DEFENDANT AND ORDER